**Order entered February 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00750-CR**
**No. 05-20-00751-CR**
**No. 05-20-00752-CR**
**No. 05-20-00753-CR**
**No. 05-20-00754-CR**

**JASON JACOB OSIFO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81128-2020, 296-81129-2020, 296-81394-2016,**
**296-82063-2017 & 296-82964-2015**

**ORDER**

Before the Court is court reporter Janet Dugger's February 1, 2021 request for additional time to file the supplemental reporter's record. We **GRANT** the request and **ORDER** the supplemental reporter's record of plea hearings held on June 16, 2016, February 1, 2018, and July 5, 2018, and the hearing on appellant's motion suggesting incompetence on April 26, 2016 filed by February 26, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to court reporter Janet Dugger, 296th Judicial District Court; and to counsel for all parties.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE